| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11462-PMM**

| | |
|---|---|
| Amanda J. Fisher | Petition Filed Date: 04/30/2024 |
| 119 Dogwood Drive | 341 Hearing Date: 06/25/2024 |
| Bernville  PA   19506 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2024 | $150.00 | | 07/09/2024 | $150.00 | | | | |

**Total Receipts for the Period:  $300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $6,569.97 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,605.27 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,259.84 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $1,258.06 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $8,525.49 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $10,857.99 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $4,617.85 | $0.00 | $0.00 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $3,288.21 | $0.00 | $0.00 |
| 10 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 010 | Unsecured Creditors | $412,224.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11462-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $450.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $45.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $405.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.