Certificate Number: 20102-PAE-DE-039025940

Bankruptcy Case Number: 24-11462



20102-PAE-DE-039025940

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2024, at 10:17 o'clock AM EDT, Amanda Fisher completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 2, 2024            By:   /s/Marcy Walter

                                    Name:   Marcy Walter

                                    Title:   President-Manager