United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11462-pmm |
| Amanda J. Fisher | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda J. Fisher, 119 Dogwood Drive, Bernville, PA 19506-9400 |
| 14879121 | + | Department of Housing anf Urban Develop., 451 7th Street, S.W, Washington, DC 20410-0002 |
| 14879123 | + | Mainline Fertility, 2210 Ridgewood Rd, Reading, PA 19610-1287 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14879117 | + | Email/Text: jwenner@apcifcu.org | Nov 01 2024 00:09:00 | APCI Federal Credit Union, PO Box 20147, Lehigh Valley, PA 18002-0147 |
| 14879112 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 01 2024 00:23:26 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14913710 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 01 2024 00:24:09 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 14895434 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 00:25:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14879116 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 00:25:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14879118 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:24:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14888751 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:23:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14879122 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 01 2024 00:09:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14879119 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2024 00:22:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14896306 | + | Email/Text: RASEBN@raslg.com | Nov 01 2024 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14894838 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14879124 | ^ | MEBN | Nov 01 2024 00:07:06 | Natera, Inc., PO Box 889023, Los Angeles, CA 90088-9023 |
| 14879125 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 01 2024 00:24:28 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14890443 | ^ | MEBN | Nov 01 2024 00:07:15 | PENNYMAC LOAN SERVICES, LLC, C/O |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14901536 | + | Email/PDF: ebnotices@pnmac.com | Nov 01 2024 00:23:26 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14879126 | + | Email/PDF: ebnotices@pnmac.com | Nov 01 2024 00:25:28 | Pennymac, PO Box 660929, Dallas, TX 75266-0929 |
| 14879127 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:23:31 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14904782 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:24:20 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14879128 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:24:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14879129 | + | Email/Text: collections@meettally.com | Nov 01 2024 00:09:00 | Tally Technologies, Inc, Attn: Bankruptcy, 375 Alabama St #325, San Francisco, CA 94110-7334 |
| 14879130 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2024 00:09:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14882803 | ^ | MEBN | Nov 01 2024 00:07:12 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14879131 | + | Email/Text: LCI@upstart.com | Nov 01 2024 00:09:00 | Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14879113 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14879114 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14879115 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14879120 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |

Case 24-11462-pmm    Doc 27    Filed 11/02/24    Entered 11/03/24 00:40:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 26 |

on behalf of Debtor Amanda J. Fisher tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Amanda J. Fisher ) | | Case No. 24−11462−pmm |
| ) | | |
| ) | | |
|    Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 31, 2024                                                                         For The Court

                                                                                                            Patricia M. Mayer
                                                                                                            Judge, United States Bankruptcy Court