| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11462-PMM**

Amanda J. Fisher
119 Dogwood Drive
Bernville  PA    19506

Petition Filed Date: 04/30/2024
341 Hearing Date: 06/25/2024
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $150.00 | | 09/09/2024 | $150.00 | | 10/07/2024 | $150.00 | |
| 11/06/2024 | $150.00 | | 12/09/2024 | $150.00 | | 01/07/2025 | $150.00 | |
| 02/06/2025 | $150.00 | | 03/10/2025 | $150.00 | | 04/08/2025 | $150.00 | |
| 05/08/2025 | $150.00 | | 06/13/2025 | $150.00 | | | | |

**Total Receipts for the Period:  $1,650.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,970.00 | $1,926.00 | $2,044.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $6,569.97 | $0.00 | $6,569.97 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,605.27 | $0.00 | $2,605.27 |
| 3 | MIDLAND CREDIT MANAGEMENT INC »» 003 | Unsecured Creditors | $3,259.84 | $0.00 | $3,259.84 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $1,258.06 | $0.00 | $1,258.06 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 005 | Unsecured Creditors | $8,525.49 | $0.00 | $8,525.49 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $10,857.99 | $0.00 | $10,857.99 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $4,617.85 | $0.00 | $4,617.85 |
| 8 | PENNYMAC  LOAN SERVICES LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK »» 009 | Unsecured Creditors | $3,288.21 | $0.00 | $3,288.21 |
| 10 | AIDVANTAGE on behalf of DEPT OF ED »» 010 | Unsecured Creditors | $412,224.09 | $0.00 | $412,224.09 |
| 11 | APCI FEDERAL CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF HOUSING AND URBAN DEVELOP | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | MAINLINE FERTILITY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | NATERA INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 17 | SYNCB/ZULILY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TALLY TECHNOLOGIES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | US BANKCORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,100.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,926.00 | Arrearages: | $150.00 |
| Paid to Trustee: | $174.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.