Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Amanda J. Fisher
119 Dogwood Drive
Bernville, PA 19506

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11462-PMM**

Petition Filed Date: 04/30/2024
341 Hearing Date: 06/25/2024
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $150.00 | | 09/15/2025 | $150.00 | | 10/16/2025 | $150.00 | |
| 11/24/2025 | $150.00 | | 12/22/2025 | $150.00 | | 01/23/2026 | $150.00 | |
| 03/23/2026 | $150.00 | | 04/01/2026 | $450.00 | | 04/22/2026 | $150.00 | |
| 05/22/2026 | $150.00 | | 06/23/2026 | $150.00 | | 07/22/2026 | $150.00 | |

**Total Receipts for the Period: $2,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,970.00 | $3,729.15 | $240.85 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $6,569.97 | $0.00 | $6,569.97 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,605.27 | $0.00 | $2,605.27 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,259.84 | $0.00 | $3,259.84 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $1,258.06 | $0.00 | $1,258.06 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $8,525.49 | $0.00 | $8,525.49 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $10,857.99 | $0.00 | $10,857.99 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $4,617.85 | $0.00 | $4,617.85 |
| 8 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $3,288.21 | $0.00 | $3,288.21 |
| 10 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 010 | Unsecured Creditors | $412,224.09 | $0.00 | $412,224.09 |
| 11 | APCI FEDERAL CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF HOUSING AND URBAN DEVELOP | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11462-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | MAINLINE FERTILITY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | NATERA INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | SYNCB/ZULILY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TALLY TECHNOLOGIES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | US BANKCORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,729.15 | Arrearages: | ($150.00) |
| Paid to Trustee: | $332.40 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $138.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.